

ORIGINAL

**FILED**

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

_____

IN THE MATTER OF CALLING A RETIRED          O R D E R
DISTRICT JUDGE TO ACTIVE SERVICE

_____

The Honorable John C. Brown, Judge of the District Court for the Eighteenth Judicial District of the State of Montana, has requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of Gallatin County Cause No. DV-16-2023-0001248-DK, *Montanans Against Irresponsible Densification, LLC v. State of Montana*.

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Eighteenth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Eighteenth Judicial District of the State of Montana, to assume judicial authority of Gallatin County Cause No. DV-16-2023-0001248-DK, *Montanans Against Irresponsible Densification, LLC v. State of Montana*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

FILED

DEC 2 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

3. A copy of this Order shall be filed with the Clerk of Court of the Eighteenth Judicial District with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable John C. Brown, the Honorable Mike Salvagni, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 27 day of December, 2023.

_____
Chief Justice